FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 21 2022

TAMMY H. DOWNS, CLERK
By: /s/ Brink Presell
DEP CLERK

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_Northern_ DIVISION

CASE NO. _JoC-21-7516_
_JoC-21-6933_
_3:22-CV-00105-BSM-PSH_

Jury Trial: ☐ Yes ☒ No
(Check One)

I.  Parties    This case assigned to District Judge _Miller_
               and to Magistrate Judge _Harris_

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.  Name of plaintiff: _Marvin Earl Joe Lewis SR_
    ADC # _67405_

    Address: _901 Willett Road Jonesboro AR 72401_

    Name of plaintiff: _____
    ADC # _____

    Address: _____

    Name of plaintiff: _____
    ADC # _____

    Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.  Name of defendant: _Craighead County Detention Center_

    Position: _Jail_

    Place of employment: _Jonesboro_

    Address: _901 Willett Rd Jonesboro Ar. 72401_

    Name of defendant: _Officer West_

    Position: _Booking officer_

-4-

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

Name of defendant: Judge Thomas Fowler
Position: District Court Judge
P.O.E: 410 W. Washington / District Court C.C.
Address: 410 W. Washington, Jonesboro Ar. 72401

Name of defendant: Heather Owens
Position: Prosecutor
P.O.E: District Court Craighead County
Address: 410 W. Washington, Jonesboro Ar. 72401

Name of defendant: Marty Boyd
Position: Sheriff, Craighead County Arkansas
P.O.E: Craighead County Detention Center / Sheriff's Department
Address: 901 Willett Road, Jonesboro Ar, 72401

Name of defendant: Keith Bowers
Position: Jail Administrator / Captian
P.O.E: Craighead County Detention Center / Sheriff's Department
Address: 901 Willett Road, Jonesboro Ar, 72401

Name of defendant: Craighead County Detention Center
Position: Jail
P.O.E: Jonesboro
Address: 901 Willett Road, Jonesboro Ar 72401

Name of defendant: Jonesboro Police Department
Position: Police Department
P.O.E: Jonesboro Arkansas
Address: 410 W. Washington, Jonesboro Ar 72401

Name of defendant: State of Arkansas
Position: State of Custody
P.O.E: Arkansas United States of America
Address: Little Rock, Arkansas

Name of defendant: City of Jonesboro
Position: City of Arrest
P.O.E: Jonesboro Arkansas
Address: Jonesboro Arkansas 72401

Name of defendant: Craighead County
Position: County of Conviction
P.O.E: Craighead County, Jonesboro Arkansas
Address: 901 Willett Road, Jonesboro Ar, 72401

Place of employment: Craighead County Detention Center

Address: 901 Willett Rd Jonesboro Ar. 72401

Name of defendant: Keith Bowers

Position: Captain / Jail Administrator

Place of employment: Craighead County Detention Center

Address: 901 Willett Rd Jonesboro Ar. 72401

Name of defendant: Officer Ashley, Officer Sterling, Officer Gulliam, Officer Beeler, CCDC Medical Staff, Sgt Foster, S. Richardson, Cpl Chadwick

Position: Jailors at Craighead County Detention Center

Place of employment: Craighead County Detention Center

Address: 901 Willett Rd Jonesboro Ar 72401

II. Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☒ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes X   No ☒

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☒ Parties to the previous lawsuit:

Plaintiffs: Marvin Lewis

Defendants: Marty Boyd

-5-

- ☒ Court (if federal court, name the district; if state court, name the county): U.S. District Court Eastern District Northern Division
- ☒ Docket Number: 3:22-CV-92-DPM-JTR
- ☒ Name of judge to whom case was assigned: Marshall, Ray
- ☒ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) Pending
- ☒ Approximate date of filing lawsuit: 4-4-2022
- ☐ Approximate date of disposition: _____

IV. Place of present confinement: Craighead County Detention Center Jonesboro Ar. 72401 901 Willett Road

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

   **X** in jail and still awaiting trial on pending criminal charges

   **X** serving a sentence as a result of a judgment of conviction

   _____ in jail for other reasons (e.g., alleged probation violation, etc.)
   explain: _____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

   A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

      Yes **X**    No _____

   B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

-6-

Yes _X_   No ____

If not, why? _____

_____

VII.   Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1. On Sept 27 I was arrested and was not read my constitutional rights (Miranda Rights). On Oct 15 I was again arrested and again not read my rights. On Oct 18 I was coerced into entering a plea of guilt to Ass. 2nd degree HH(FM) and violation of no contact order. I appeared in front of Judge Thomas Fowler on Oct 18 and was not represented by counsel nor did I knowingly or intelligently waive my right to counsel or any or constitutional right. My Appeal process was shammed by the jail and the District Court, Heather Owens. My arrest, conviction, and incarceration is illegal and unlawful. While being incarcerated at Craighead Detention Center I have been subjected to inhumane, illegal, unconstitutional,

and unlawful conditions, and processes. I have proof of all claims and arguements through smartJailMail.com on my kiosk messages between myself and the staff at this jail. I am a victim of many Admendment, Constitution (U.S. & Ark), and Civil Rights violations while being in the Costody of Marty Boyd and Keith Bowers.

VIII.  Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want to be released from this unlawful and illegal detention as well as being compensated for all damages and days I've spent in state custody.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 16 day of April, 20 22.

_____ SR

Signature(s) of plaintiff(s)



Marvin Lewis
901 Willett Road
Jonesboro AR 72401

Federal District Court Clerk
James McCormack
615 S. Main Street #312
Jonesboro, AR 72401

