IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MARVIN EARL JOE LEWIS, SR.**                                                                 **PLAINTIFF**

v.                                    **CASE NO. 3:22-CV-00105-BSM**

**THOMAS FOWLER,**
**District Court Judge,** *et al.*                                                              **DEFENDANTS**

## ORDER

Marvin Earl Joe Lewis Sr.'s motion to proceed *in forma pauperis* [Doc. No. 1] is denied because he did not submit a certificate or a calculation sheet. *See* 28 U.S.C. § 1915(a)(2). Lewis is directed to either pay the $402 filing fee or file a complete *in forma pauperis* application within thirty days, or his case will be dismissed without prejudice. LOCAL RULE 5.5(c)(2). The clerk is directed to mail Lewis an *IFP* application, including certificate and calculation sheet, along with a copy of this order and a copy of the docket sheet.

IT IS SO ORDERED this 25th day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE