IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MARVIN EARL JOE LEWIS, SR.**                                                                  PLAINTIFF

v.                              CASE NO. 3:22-CV-00105-BSM

**THOMAS FOWLER,**
**District Court Judge,** *et al.*                                                                   DEFENDANTS

## ORDER

Marvin Earl Joe Lewis Sr.'s second motion to proceed *in forma pauperis* [Doc. No. 4] is denied without prejudice because he again failed to submit a certificate or calculation sheet with his application as required by law. *See* 28 U.S.C. § 1915(a)(2). Lewis reports that Craighead County Detention Facility officials have refused to help him complete the required documentation. Doc. No. 5. Accordingly, I will seek the detention facility's administrator's assistance in this matter. The clerk is directed to send a copy of this order to: Detention Facility Administrator, Craighead County Detention Facility, 901 Willett Road, Jonesboro, Arkansas 72401. The clerk is also directed to send Lewis another IFP application, including a certificate and calculation sheet, along with a copy of this order.

If Lewis wishes to proceed with this case, he must either pay the $402 filing fee, or file a completed IFP application, including a signed certificate and calculation sheet. He must do one or the other within thirty days from the date of this order. If he does not do so, his case will be dismissed without prejudice. Local Rule 5.5(c)(2).

IT IS SO ORDERED this 4th day of May, 2022.

                                                                                            */s/ Brian S. Miller*
                                                                      UNITED STATES DISTRICT JUDGE