IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MARVIN EARL JOE LEWIS, SR.**                                                                **PLAINTIFF**

v.                            CASE NO. 3:22-CV-00105-BSM

**THOMAS FOWLER,**
**District Court Judge,** *et al.*                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 26th day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE